


Jamaica Station
Jamaica, NY 11435-4380
718 558-8264 Tel
718 558-8211 Fax

Robert Free
Acting President

Haley Stein
Vice President, General Counsel & Secretary

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/21/2024__

May 20, 2024

Honorable Margaret M Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Mullaly v. LIRR
24 CV 2100

Dear Judge Garnett:

We write today, with consent of plaintiff's counsel, to convert the currently scheduled initial pre-trial conference of May 28, 2024 at 11:30am, to a teleconference. Defence counsel is appearing in a final pre-trial conference in Queens County, Supreme Court in the matter if William Szucs v. LIRR, Index Number 700730/2019 on that date also.

Therefore, we respectfully request our conference be converted to a teleconference at the same time. Thank you in advance for your courtesy and understanding.

Yours etc.,
Haley Stein, Esq.
Vice-President, General Counsel & Secretary

By: *Thomas L Chiofolo*
Thomas L. Chiofolo, Esq.

CC: Flynn & Wietzke, P.C.
1205 Franklin Avenue
Suite 370
Garden City, N.Y. 11530

---

Application GRANTED. The Initial Pretrial Confernece scheduled for May 28, 2024 shall be held over Microsoft Teams. The Microsoft Teams meeting ID is: **234 997 226 024**. The passcode is: **se3SvJ**. Counsel are directed to Rule II(A)(2) of the Court's Individual Rules & Practices for procedures related to video conferences. The Clerk of Court is respectfully directed to terminate Dkt. No. 13.

SO ORDERED. Date: 5/21/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE