USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2025

# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 330
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

_____

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

March 12, 2025

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:  DANIEL MULLALY V. LONG ISLAND RAILROAD COMPANY
     24 Civ. 2100 (MMG)

Dear Judge Garnett:

   We represent the plaintiff in the above-captioned matter, and we are writing on behalf of both parties to provide a status report, and to request that the March 18, 2025 conference be converted to a telephone/Teams conference.

   All discovery is complete.  Neither party will be filing a motion for summary judgment.

   To date the parties have not yet engaged in any settlement discussions.  The parties are well acquainted with each other, and we believe that we can work towards settlement without assistance from the court.

   Neither party anticipates any motions to preclude experts.  The only issues to discuss at the upcoming conference will be trial date and dates for pre-trial submissions.  Therefore, in light of there being no disputes or issues, the parties respectfully request that the Court convert the conference from an in-person appearance to remote.

                                        Respectfully submitted,

                                        Sean Constable

cc:  Thomas Chiofolo, Esq.

Application GRANTED. The conference scheduled for March 18, 2025 shall be held over Microsoft Teams. The public one-touch dial-in for conference audio is: +1 646-453-4442,,489442714#. A direct link to the conference shall be sent to counsel of record in advance. The Clerk of Court is respectfully directed to terminate Dkt. No. 20.

SO ORDERED.  Date: 3/13/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE