USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MULLALY,

                Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

                Defendant.

24-CV-02100 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As discussed at the conference held on March 18, 2025, it is hereby ORDERED that the jury trial in this action will begin on **Monday, July 14, 2025**.

    It is further ORDERED that, in accordance with and as further provided in the Court's Individual Rules & Practices, the parties shall:

- File a Joint Pretrial Order and any motions *in limine* on or before **June 17, 2025**;
- File joint proposed *voir dire* questions, requests to charge, and a verdict sheet on or before **July 1, 2025**;
- Appear for a Final Pretrial Conference on **Tuesday July 8, 2025, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007; and
- Deliver hard copies and electronic copies of their exhibits and exhibit lists to the Court on or before **July 11, 2025**.

    The parties shall also email the Court at GarnettNYSDChambers@nysd.uscourts.gov to arrange their courtroom technology walkthrough, which can be arranged either just before or just after the Final Pretrial Conference.

Dated: March 25, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge